# EXHIBIT A



# Santa Cruz County Sheriff's Office
Deputy Report for Incident 211025003

| | |
|---|---|
| **Nature:** Found | **Address:** 636 HWY 82; SPC 15 |
| **Location:** 1 | AZ 85621 |

**Offense Codes:** 6203
**Received By:** A Cirerol    **How Received:** T    **Agency:** SCSO
**Responding Officers:** J Muzquiz, O Rodriguez
**Responsible Officer:** O Rodriguez    **Disposition:** ACT 10/25/21
**When Reported:** 09:55:44 10/25/21    **Occurred Between:** 09:55:37 10/25/21 and 09:55:37 10/25/21

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:** 1108
**Last:** Santa Cruz Co    **First:**    **Mid:**
Sheriff's Office
**DOB:** **/**/**    **Dr Lic:**    **Address:** 2170 N CONGRESS DR
**Race:**    **Sex:**    **Phone:** (520)761-7869    **City:** Nogales, AZ 85621

## Offense Codes
**Reported:** LFPR Lost or Found Property    **Observed:** 6203 Found Property
**Additional Offense:** 6203 Found Property

## Circumstances
LT20 Residence/Home

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY. SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED ATF
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Brandt
DATE 1/11/22

**Responding Officers:**    **Unit :**
J Muzquiz    102
O Rodriguez    150

**Responsible Officer:** O Rodriguez    **Agency:** SCSO
**Received By:** A Cirerol    **Last Radio Log:** **:**:** **/**/**
**How Received:** T Telephone    **Clearance:** RTF Report To Follow
**When Reported:** 09:55:44 10/25/21    **Disposition:** ACT **Date:** 10/25/21
**Judicial Status:**    **Occurred between:** 09:55:37 10/25/21
**Misc Entry:** 52.03A    **and:** 09:55:37 10/25/21

**Modus Operandi:**    **Description :**    **Method :**

## Involvements

11/12/21

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 10/25/21 | Name | Santa Cruz Co Sheriff's Office, | Complainant |
| 10/25/21 | Cad Call | 09:55:44 10/25/21 Found | Initiating Call |
| 10/26/21 | Evidence | PTR INDUSTRIES RIFLE 7.62X39 | Evidence Incident |
| 10/26/21 | Evidence | RIFLE 7.62X39MM NOD#RAS47 | Evidence Incident |
| 10/26/21 | Evidence | RIFLE MODEL: 110 6.5 CREEAMOOR | Evidence Incident |
| 10/26/21 | Evidence | CENTURION BP-12 12GA SHOTGUN | Evidence Incident |
| 10/26/21 | Evidence | SHOTGUN MODEL 88 12GA | Evidence Incident |
| 10/26/21 | Evidence | CITADEL 12GA SHOTGUN | Evidence Incident |
| 10/26/21 | Evidence | SAWED-OFF SHOTGUN 12GA | Evidence Incident |
| 10/26/21 | Evidence | 9MM HANDGUN W/MAGAZINE | Evidence Incident |

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY
SECONDARY DISSEMINATION TO NON ATF
C.J. AGENCIES IS PROHIBITED
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Branat
DATE 1/11/22

11/12/21

Deputy Report for Incident 211025003

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED SANTA CRUZ CO. SHERIFF'S OFFICE
RELTO  Agent C Brandt
DATE   1/11/22

ATF

Page 3 of 6

## Narrative

SYNOPSIS: This report documents found weapons at 249 3rd Street in Nogales, Arizona. The incident was later reported by Mr. Sergio Castaneda at ▮▮▮▮▮▮ in Nogales, Arizona. The report was received on October 25, 2021. Details are as follows:

1.     REPORTING PARTY:
Sergio C. Castaneda Cirerol
DOB: ▮▮▮▮1952
AZ Driver License: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2.     BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF) PERSONNEL:
Agent Creighton Brandt
Agent Jules Borja

3.     FOUND PROPERTY:
Item 1OR: One "PTR Industries, Inc" long rifle 7.62 x 39 caliber. Black, S/N: FC01612

Item 2OR: One "Century Arms" long rifle 7.62 x 39 caliber. Model: RAS47, S/N: RAS47012278

Item 3OR: One "Savage" long rile, model 110 6.5 Creeamooor, green/black S/N: N789016

Item 4OR: One "Adler Arms" model Centurion BP-12 12 gauge 3"-2", S/N: #20US-01047 Shotgun

Item 5OR: One "Maverick Arms" shotgun, model 88 12 gauge, S/N: #MV0642922, black

Item 6OR: One "Citadel" 12 gauge shotgun, black, S/N: 20SA-KR29686

Item 7OR: One sawed-off shotgun, 12 gauge, brown/black, S/N: E707899, unknown make or model

Item 8OR: One "Jimenez Arms" 9mm handgun, gray/black, unknown serial number or model.

NARRATIVE:
On October 25, 2021, at approximately 0955 hours, I responded to 636 Highway 82, Space 15 in Nogales, Arizona, regarding possible found firearms. Santa Cruz County Sheriff's Office (SCCSO) Commander Gerardo Castillo, badge no. 114, received information from Sergio Castaneda of found weapons. SCCSO Deputy Jose Muzquiz, Badge No. 102, also responded to assist.

Once I arrived, I met with the homeowner, Mr. Sergio Castaneda. I asked Mr. Castaneda what had occurred. According to Mr. Castaneda, he owns property at 249 W. 3rd Street in Nogales, Arizona. He further explained that he rents this property to "Johnson," who has a body or repair shop. Sergio said that after a few weeks of not hearing from "Johnson," he went to his property and noticed it had been abandoned. He told me that he later learned that the tenant had been arrested in Mexico. Mr. Castaneda stated he went inside the building and retrieved some items in attempts to get his money back. He said that the items he took from the property included several firearms that were inside the

Defendant R. Johnson          CR 22-2599-TUC
US v. Johnson et al

11/12/21

151

building.

I asked Mr. Castaneda when he took the firearms with him. He said he has had the firearms at his house on Highway 82 for at least 2 months. I asked him how come he had not reported the incident. He mentioned that he was thinking of selling them to make some money off of them. I informed Mr. Castaneda that I would be contacting the Nogales Police Department (NPD) since all the firearms were retrieved from their jurisdiction.

The SCCSO Communications Division contacted NPD, and we were later informed the supervisor would be calling us in a few minutes. After waiting approximately an hour, I decided to take over the incident, since no one had contacted me, even after I contacted the NPD directly once again.

I asked Mr. Castaneda to take me where he had the firearms. He walked me inside his residence and into a bedroom inside his residence. Once there, he showed me a safe, where I observed long rifles and shotguns. He also showed me a handgun in a case. I retrieved all firearms from his possession and placed them inside my patrol vehicle.

I informed Mr. Castaneda I would transport the firearms to the Sheriff's Office and place them in evidence as "found property." Mr. Castaneda was provided with the report number for future reference.

I proceeded to the SCCSO Evidence Division and submitted 3 long rifles, 4 shotguns and 1 handgun into evidence as found property. I departed from the Sheriff's Office without further incident.

Shortly after, I received a call from NPD Sergeant Jonathan Molera, Badge No. 215. He informed me that he had assisted the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) with search warrants a couple of days prior. He said the search warrants were probably related to this same incident. He provided me with ATF Agent Creighton Brandt's information.

I attempted contact with Agent Brandt; however, he did not answer so I left a voicemail. Later in the day, Agent Brandt returned my call and I briefed him on my findings. He mentioned that in fact they had a pending investigation with Mr. Castaneda. I informed him the firearms were submitted into evidence; however, I had advised our Evidence Custodian Luis Gonzalez that the firearms might be later taken by ATF. He said he would contact me the following week for a follow-up.

All items were submitted into evidence and photographed prior to submission. Please refer to Chain of Custody Form for details.

I had no further involvement in the matter.

DISSEMINATION IS RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY SECONDARY DISSEMINATION TO NON C.J. AGENCIES IS PROHIBITED ATF
SANTA CRUZ CO. SHERIFF'S OFFICE
REL/TO Agent C. Brandt
DATE 1/11/22

Date, Time, Reporting Officer:
Fri Nov 12 08:56:56 MST 2021
Sergeant O. Rodriguez, #150

11/12/21

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: JOHNSON, Robert Andrew, et al. | Investigation Number: ███████ | Report Number: 21 |
|---|---|---|

## SUMMARY OF EVENT

Text message exchange between Maria Castaneda and Taylor JOHNSON: On October 14, 2021, ATF Special Agent (SA) Creighton Brandt video recorded a text message exchange between Maria Castaneda and Taylor JOHNSON that was on Maria Castaneda's cellphone.

## NARRATIVE

1. On October 14, 2021, ATF Special Agent (SA) Creighton Brandt interviewed Sergio and Maria Castaneda, owner and landlord of the property located at 249 West 3rd Street, Nogales, Arizona. During the interview, Maria Castaneda indicated that she had a text message exchange (on her cellphone) with Taylor JOHNSON. SA Brandt video recorded (from Maria Castaneda's cellphone) the text message exchange.

2. On Monday, August 23, 2021 at 12:49 p.m., Taylor JOHNSON texted Maria Castaneda, "Hello this is Taylor from jc automotive Robert's son he is in mexico and can't leave at the moment I left because I needed a job and a new place to live I'm not sure when he will be able to come back."

3. On Tuesday, August 24, 2021 at 3:23 p.m., Maria Castaneda texted, "How is your dad health." At 3:24 p.m., Taylor JOHNSON responded, "I don't know I can't contact him he is in mexico in am in tucson."

4. On Wednesday, August 25, 2021 at 6:09 p.m., Maria Castaneda texted, "Taylor Do you know your dad wife phone number if I give to you Do you think you CAN Call her and ask her for your dads status because all she is telling US is lies we need to know The Truth when he will be at The shop or why he is in Mexico so long years months weeks." At 6:12 p.m., Maria Castaneda texted, "+0116312483737 Brenda." At 6:14 p.m., Taylor JOHNSON replied, "I have already talked to her and I know the situation down there but all I can tell you is he won't be out of mexico for a long time." At 6:15 p.m., Maria Castaneda asked, "Can you tell us why." At 6:17 p.m., Taylor JOHNSON replied, "He was caught doing stupid things." At 6:19 p.m., Maria Castaneda texted, "So sorry to worry you about it but who is paying the rent and water bill for the shop." At 6:20 p.m., Taylor JOHNSON replied, "Noone is there anymore." At 6:21 p.m., Maria Castaneda asked, "What about his stuff in the sjop." At 6:22 p.m., Taylor JOHNSON answered, "Me and a few other people took as much as we could I can't do anything else with the rest of it so I'm not sure." At 6:23 p.m., Maria Castaneda texted, "I need the keys to the shop." At 6:23 p.m., Taylor JOHNSON responded, "I'll ask my brother for them." At 6:24 p.m.,

| Prepared by: Creighton L. Brandt | Title: Special Agent, Tucson I Field Office | Signature: | Date: 11/15/2021 |
|---|---|---|---|
| Authorized by: Jeffrey A. Bell | Title: Resident Agent in Charge, Tucson I Field Office | Signature: | Date: 11/15/2021 |
| Second level reviewer (optional): Brendan D. Iber | Title: Acting Special Agent in Charge, Phoenix Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>JOHNSON. Robert Andrew, et al. | | Report Number:<br>21 |
| --- | --- | --- |

Maria Castaneda asked, "What about all the cars at the shop."

5. On August 25, 2021 at 6:26 p.m., Taylor JOHNSON responded, "I'm not involved anymore he was doing dumb things and never left any paper work or instructions for what he wanted done if he got caught so I don't know what to do or what to tell you about any of that stuff I took what I could for him and I can't take anymore I don't live in nogales anymore either."

6. On Thursday, August 26, 2021 at 9:18 a.m., Taylor JOHNSON texted, "I sold that Ford truck to the tow guy that is my personal truck so he needs to take it." At 11:20 a.m., Maria Castaneda asked, "Okay who is the Cherike." At 11:20 a.m., Taylor JOHNSON replied, "Cherike?" At 11:20 a.m., Maria Castaneda stated, "Cherokee a blue outside." At 11:21 a.m., Taylor JOHNSON said, "Probably the neighbors they park stuff all the time over there," and "Can the tow guy come take the truck and the del sol of mine and my brothers." At 11:23 a.m., Maria Castaneda texted, "Okay yes they are towing them but you did not tell me that," and "Yesterday I mean." At 11:24 a.m., Taylor JOHNSON replied, "Ok thank you and the Grey BMW inside is a customer's car he will be calling you . Everything else I'd dad's and I can't do anything with it." At 11:25 a.m., Maria Castaneda texted, "The title on the BMW say your dad a name." At 11:26 a.m., Taylor JOHNSON answered, "Not the black one the Grey one on the middle."

7. There were no additional text messages on Maria Castaneda's cellphone between her and Taylor JOHNSON.

## ATTACHMENTS

1. Video recording of text message exchange between Maria Castaneda and Taylor JOHNSON

ATF EF 3120.2 (10-2004)
For Official Use Only